NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NATHAN J. MACK, DOC #055440,          )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No.  2D18-4205
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Nathan J. Mack, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea N. Simms,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


NORTHCUTT, SILBERMAN, and LaROSE, JJ., Concur.